UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                             Case No. 1:07-CR-34

v.                                              Hon. ROBERT HOLMES BELL

JEFFREY LEWIS TAYLOR,

       Defendant.

_____/

## ORDER REVOKING BOND

       Defendant is currently on bond pending sentencing on a charge of possession with intent to distribute 50 grams or more of cocaine base. Defendant's plea has been accepted and he was adjudicated guilty on June 1, 2007. On June 12, 2007, the government filed a petition to revoke defendant's bond (docket no. 25) pursuant to 18 U.S.C. § 3148. The motion has been referred to the undersigned for disposition.

       As discussed on the record at the hearing held this date, defendant has on several occasions failed to participate in substance abuse counseling as a condition of his bond and as instructed by his Pretrial Services officer, and on June 4, 2007, provided a urine sample which tested positive for marijuana. On June 5, 2007, defendant reported to Probation and admitted to using marijuana with his uncle at his residence where he is placed on electronic monitoring.

       Based upon the above, the court finds there is clear and convincing evidence that defendant has violated conditions of his bond, 28 U.S.C. § 3148(b)(1)(B), and that it is unlikely he will abide by any conditions in the future. Moreover, defendant now appears subject to the

1

mandatory revocation provisions of the Bail Reform Act. *See* 18 U.S.C. § 3143. Accordingly, pending sentencing in this matter, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with his defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

        IT IS SO ORDERED.


Dated: June 19, 2007                /s/ Hugh W. Brenneman, Jr.
                                       Hugh W. Brenneman, Jr.
                                       U.S. Magistrate Judge